# Exhibit 3

**Kandi Technologies Group, Inc. Loss Chart**
**Class Period: March 15, 2019 and November 27, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keating, Shawn | 11/24/2020 | 20,000 | ($17.20) | ($344,000.00) | 12/1/2020 | 20,000 | $8.75 | $175,000.00 | | | | 8.20229167 |
| | | 20,000 | | ($344,000.00) | | 20,000 | | $175,000.00 | | | ($169,000.00) | |