**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONEL VALDÉS, Individually and On Behalf of All Others Similarly Situated, <br><br>             Plaintiff, <br><br>        v. <br><br> KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING, <br><br>             Defendants. | Case No: 2:20-cv-06042-LDH-AYS <br><br> <u>CLASS ACTION</u> |

**NOTICE OF MOTION AND MOTION OF THE**
**KANDI INVESTOR GROUP FOR APPOINTMENT AS**
**<u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Joseph Yenovkian, Kenneth Gardner, Christopher Brown, and Barry Challis (collectively, the "Kandi Investor Group" or "Movant") will and hereby do respectfully move this Court for an Order: (1) appointing the Kandi Investor Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, on behalf of a class consisting of all persons and entities other than defendants that purchased or otherwise acquired Kandi Technologies Group, Inc. securities between March 15, 2019 and November 27, 2020, both dates inclusive; (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Melissa A. Fortunato, the [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: February 9, 2021          Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

By: */s/ Melissa A. Fortunato*
Melissa A. Fortunato
Marion C. Passmore
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
Email: passmore@bespc.com

1

*Counsel for Movant and Proposed*
*Lead Counsel for the Class*

2

<u>**CERTIFICATE OF SERVICE**</u>

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 9th day of February, 2021.

*/s/ Melissa A. Fortunato*

Melissa A. Fortunato

3