**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONEL VALDÉS, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING,<br><br>                    Defendants. | Case No: 2:20-cv-06042-LDH-AYS<br><br>CLASS ACTION |

**DECLARATION OF MELISSA A. FORTUNATO**
**IN SUPPORT OF THE MOTION OF THE KANDI**
**INVESTOR GROUP FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Joseph Yenovkian, Kenneth Gardner, Christopher Brown, and Barry Challis (collectively, the "Kandi Investor Group" or "Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of the Kandi Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:      Private Securities Litigation Reform Act of 1995 certifications signed by each member of the Kandi Investor Group, attaching their securities transactions during the Class Period in Schedule A(s) thereto;

Exhibit 2:      Chart detailing Movant's estimated combined financial losses;

Exhibit 3:      Joint Declaration of the Kandi Investor Group;

Exhibit 4:      Press release published December 11, 2020 on *PRNewswire* announcing the pendency of the securities class action against defendants herein:  *Valdés v. Kandi Technologies Group, Inc., et al.*, Case No. 2:20-cv-06042; and

Exhibit 5:      Bragar Eagel & Squire, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 9th day of February, 2021.

/s/ Melissa A. Fortunato
Melissa A. Fortunato

1