# Exhibit 1

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Joseph Yenovkian, certify that:

1.    I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.    I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.    I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.    Attached hereto as Schedule A is a complete listing of all my Kandi Technologies Group, Inc. (NASDAQ: KNDI) transactions during the Class Period.

5.    I have not served as a representative party on behalf of a class under this title during the last three years.

6.    I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _Jan 28, 2021_____

*Joseph R Yenovkian*
Joseph R Yenovkian (Jan 28, 2021 12:01 PST)

Joseph Yenovkian

1

## SCHEDULE A

Class Period Transactions of Joseph Yenovkian in Kandi Technologies Group, Inc. (NASDAQ: KNDI) securities.

### Account 1

| Date | Transaction | Quantity | Price |
|------|-------------|----------|-------|
| 11/23/2020 | Purchase | 320 | $14.57 |
| 11/23/2020 | Purchase | 2,680 | $14.57 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Kenneth Gardner, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Kandi Technologies Group, Inc. (NASDAQ: KNDI) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Jan 22, 2021

*Kenneth Gardner*
Kenneth Gardner (Jan 22, 2021 09:28 GMT+1)

Kenneth Gardner

1

## SCHEDULE A

Class Period Transactions of Kenneth Gardner in Kandi Technologies Group, Inc. (NASDAQ: KNDI) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 11/9/2020 | Purchase | 400 | $7.61 |
| 11/10/2020 | Purchase | 400 | $6.04 |
| 11/10/2020 | Purchase | 100 | $6.04 |
| 11/10/2020 | Purchase | 100 | $6.01 |
| 11/13/2020 | Sale | -1000 | $7.08 |
| 11/20/2020 | Purchase | 500 | $12.34 |
| 11/24/2020 | Purchase | 500 | $16.40 |
| 11/24/2020 | Purchase | 1,000 | $14.08 |
| 11/24/2020 | Purchase | 500 | $16.10 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Christopher Brown, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Kandi Technologies Group, Inc. (NASDAQ: KNDI) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _Jan 21, 2021_____

*Christopher Brown*
Christopher Brown (Jan 21, 2021 16:14 CST)
Christopher Brown

1

## SCHEDULE A

Class Period Transactions of Christopher Brown in Kandi Technologies Group, Inc. (NASDAQ: KNDI) securities.

### Account 1

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 11/24/2020 | Purchase | 1,450 | $15.67 |
| 11/24/2020 | Purchase | 50 | $15.68 |

### Account 2

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 11/24/2020 | Purchase | 420 | $15.70 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Barry Challis, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Kandi Technologies Group, Inc. (NASDAQ: KNDI) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _Jan 22, 2021_

Barry Challis (Jan 22, 2021 18:13 GMT)

Barry Challis

1

## SCHEDULE A

Class Period Transactions of Barry Challis in Kandi Technologies Group, Inc. (NASDAQ: KNDI) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 11/19/2020 | Purchase | 2,916 | $13.32 |

2