# Exhibit 2

**Kandi Technologies Group, Inc.**

| Company Name | Kandi Technologies Group, Inc. |
|---|---|
| Ticker Symbol | KNDI |
| Security Type | Common Stock |
| Class Period Start | 03/15/2019 |
| Class Period End | 11/27/2020 |
| 90-DAY Lookback Period Start | 11/30/2020 |
| 90-DAY Lookback Period End | 02/09/2021 |
| 90-DAY Lookback Average | $8.2286 |

| Movant | Loss |
|---|---|
| Joseph Yenovkian | ($18,966.67) |
| Kenneth Gardner | ($10,660.00) |
| Christopher Brown | ($10,543.70) |
| Barry Challis | ($9,360.36) |
| **Total Loss** | **($49,530.73)** |

| Client Name | Joseph Yenovkian |
|---|---|
| Company Name | Kandi Technologies Group, Inc. |
| Ticker Symbol | KNDI |
| Security Type | Common Stock |
| Class Period Start | 03/15/2019 |
| Class Period End | 11/27/2020 |
| 90-DAY Lookback Period Start | 11/30/2020 |
| 90-DAY Lookback Period End | 02/09/2021 |
| 90-DAY Lookback Average | $8.2286 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($18,966.67) |
| Net Shares Retained | 3,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 11/23/2020 | 320 | $14.57 | ($4,662.40) | | | ($4,662.40) |
| 11/23/2020 | 2,680 | $14.57 | ($39,047.60) | | | ($43,710.00) |
| 12/23/2020 | -3,000 | | | $8.25* | $24,743.33 | ($18,966.67) |
| | | | | | Subtotal | ($18,966.67) |
| | | | | | Retained Share Value | $0.00 |
| | | | | | Total | ($18,966.67) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Client Name | Kenneth Gardner |
| --- | --- |
| Company Name | Kandi Technologies Group, Inc. |
| Ticker Symbol | KNDI |
| Security Type | Common Stock |
| Class Period Start | 03/15/2019 |
| Class Period End | 11/27/2020 |
| 90-DAY Lookback Period Start | 11/30/2020 |
| 90-DAY Lookback Period End | 02/09/2021 |
| 90-DAY Lookback Average | $8.2286 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTER[ | |
| --- | --- |
| LIFO Loss Total | ($10,660.00) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 11/9/2020 | 400 | $7.61 | ($3,044.00) | | | ($3,044.00) |
| 11/10/2020 | 400 | $6.04 | ($2,416.00) | | | ($5,460.00) |
| 11/10/2020 | 100 | $6.04 | ($604.00) | | | ($6,064.00) |
| 11/10/2020 | 100 | $6.01 | ($601.00) | | | ($6,665.00) |
| 11/13/2020 | -1,000 | | | $7.08 | $7,080.00 | $415.00 |
| 11/20/2020 | 500 | $12.34 | ($6,170.00) | | | ($5,755.00) |
| 11/24/2020 | 500 | $16.40 | ($8,200.00) | | | ($13,955.00) |
| 11/24/2020 | 1,000 | $14.08 | ($14,080.00) | | | ($28,035.00) |
| 11/24/2020 | 500 | $16.10 | ($8,050.00) | | | ($36,085.00) |
| 11/30/2020 | -2,500 | | | $10.17* | $25,425.00 | ($10,660.00) |
| | | | | | **Subtotal** | ($10,660.00) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($10,660.00) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Client Name | Christopher Brown |
|---|---|
| Company Name | Kandi Technologies Group, Inc. |
| Ticker Symbol | KNDI |
| Security Type | Common Stock |
| Class Period Start | 03/15/2019 |
| Class Period End | 11/27/2020 |
| 90-DAY Lookback Period Start | 11/30/2020 |
| 90-DAY Lookback Period End | 02/09/2021 |
| 90-DAY Lookback Average | $8.2286 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($10,543.70) |
| Net Shares Retained | 0.00 |

**Account 1**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 11/24/2020 | 1,450 | $15.67 | ($22,721.50) | | | ($22,721.50) |
| 11/24/2020 | 50 | $15.68 | ($784.00) | | | ($23,505.50) |
| 11/30/2020 | -1,500 | | | $10.17* | $15,255.00 | ($8,250.50) |
| | | | | | Subtotal | ($8,250.50) |
| | | | | | Retained Share Value | $0.00 |
| | | | | | Total | ($8,250.50) |

**Account 2**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 11/24/2020 | 420 | $15.70 | ($6,594.00) | | | ($6,594.00) |
| 11/30/2020 | -420 | | | $10.24* | $4,300.80 | ($2,293.20) |
| | | | | | Subtotal | ($2,293.20) |
| | | | | | Retained Share Value | $0.00 |
| | | | | | Total | ($2,293.20) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Client Name | Barry Challis |
|---|---|
| Company Name | Kandi Technologies Group, Inc. |
| Ticker Symbol | KNDI |
| Security Type | Common Stock |
| Class Period Start | 03/15/2019 |
| Class Period End | 11/27/2020 |
| 90-DAY Lookback Period Start | 11/30/2020 |
| 90-DAY Lookback Period End | 02/09/2021 |
| 90-DAY Lookback Average | $8.2286 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTERE | |
|---|---|
| LIFO Loss Total | ($9,360.36) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 11/19/2020 | 2,916 | $13.32 | ($38,841.12) | | | ($38,841.12) |
| 11/30/2020 | -2,916 | | | $10.11* | $29,480.76 | ($9,360.36) |
| | | | | | Subtotal | ($9,360.36) |
| | | | | | Retained Share Value | $0.00 |
| | | | | | Total | ($9,360.36) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.