# Exhibit 3

**JOINT DECLARATION IN SUPPORT OF THE
MOTION OF THE KANDI INVESTOR GROUP FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Joseph Yenovkian, Kenneth Gardner, Christopher Brown, and Barry Challis (collectively, the "Kandi Investor Group") respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for lead plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3.      I, Joseph Yenovkian, as reflected in my Certification, purchased Kandi securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Lucerne Valley, California and I am a retired teacher. I consider myself to be a sophisticated investor and have been investing for approximately forty-eight years. I decided to seek appointment as lead plaintiff with Kenneth

---

[1] The "Class" consists of all persons and entities, other than defendants, who purchased or otherwise acquired Kandi Technologies Group, Inc. ("Kandi" or the "Company") securities between March 15, 2019 and November 27, 2020, both dates inclusive (the "Class Period").

1

Gardner, Christopher Brown, and Barry Challis after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES to pursue claims on behalf of the Class.

4.    I, Kenneth Gardner, as reflected in my Certification, purchased Kandi securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Wichita Falls, Texas and I am employed as a Senior IT Consultant. I have approximately three years of investing experience. I decided to seek appointment as lead plaintiff with Joseph Yenovkian, Christopher Brown, and Barry Challis after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES to pursue claims on behalf of the Class.

5.    I, Christopher Brown, as reflected in my Certification, purchased Kandi securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Addison, Texas and I am a Senior Financial Analyst in the real estate field. I have approximately four years of investing experience. I decided to seek appointment as lead plaintiff with Joseph Yenovkian, Kenneth Gardner, and Barry Challis after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES to pursue claims on behalf of the Class.

6.    I, Barry Challis, as reflected in my Certification, purchased Kandi securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Hampshire, United Kingdom and I am employed

2

as a Director and Owner of a group of companies. I have approximately three years of investing experience. I decided to seek appointment as lead plaintiff with Joseph Yenovkian, Kenneth Gardner, and Christopher Brown after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES to pursue claims on behalf of the Class.

7.     We, Joseph Yenovkian, Kenneth Gardner, Christopher Brown, and Barry Challis, believe that the allegations against Kandi are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves control the class action. We believe that our combined efforts, knowledge, and diverse background will better serve the Class. If appointed lead plaintiff, our primary goal will be to ensure that the Class achieves the largest possible recovery.

8.     On December 11, 2020, Leonel Valdés filed a putative class action in this District (the "Action") on behalf of all purchasers of Kandi securities during the Class Period. The Action seeks relief against Kandi and certain of its senior officers for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

9.     We believe that we will provide exemplary representation to the Class of investors who purchased Kandi securities during the Class Period. After discussing the allegations against Kandi, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

10.     We are like-minded investors who contacted and retained BES. We believe that the allegations against Kandi are meritorious and that the Class will benefit from having a small, cohesive group of highly motivated investors with substantial financial interests at stake as lead

3

plaintiff. We each decided to work together as a small group of investors to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Kandi shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

11. We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that lead counsel effectively litigates the Action. Each of us understands that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. Each of us will do our best to maximize the recovery for the Class.

12. If appointed as lead plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

13. We select BES to serve as lead counsel on behalf of the Class and believe BES has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed lead counsel, BES. We are well aware that BES is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with

4

defendants.  Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation.  We also believe that BES will vigorously prosecute this Action in a cost-effective manner and in the best interests of all members of the putative Class.

14.    It is our goal to resolve this Action in an expeditious manner that is fair to all members of the Class.  Through supervision of our chosen counsel, BES, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner.  In that regard, we will direct BES to prosecute the Action in such a way to achieve a fair result for all members of the Class.

15.    We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice.  We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary.  We understand that meetings, conference calls, and communications may be conducted without counsel.  We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute this Action.  We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

16.    We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings.  To this end, we will continue to direct lead counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves.  Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

17.     We, the Kandi Investor Group, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in this Action.  Our main goal is obtaining the largest recovery possible for the Class.

I, Joseph Yenovkian, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 8 day of February 2021.

*Joseph  R. Yenovkian*
Joseph R. Yenovkian (Feb 8, 2021 15:17 PST)

Joseph Yenovkian

I, Kenneth Gardner, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 9__ day of February 2021.

*Kenneth Gardner*

Kenneth Gardner (Feb 9, 2021 08:21 GMT+1)

Kenneth Gardner

I, Christopher Brown, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this __8__ day of February 2021.

*Christopher Brown*
Christopher Brown (Feb 8, 2021 13:21 CST)

Christopher Brown

I, Barry Challis, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this __8th__ day of February 2021.

_Barry Challis_

Barry Challis (Feb 8, 2021 19:34 GMT)

Barry Challis