UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONEL VALDES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING,<br><br>Defendants. | Case No. 2:20-cv-06042-LDH-AYS<br><br>**MOTION OF MIHAI ADRIAN CALUSERU FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>CLASS ACTION |

**TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that class member Mihai Adrian Caluseru ("Mr. Caluseru" or "Movant") will and hereby does move the Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Kandi Technologies Group, Inc. ("Kandi" or "KNDI") securities between March 15, 2019 and November 27, 2020, both dates inclusive (the "Class Period"); (2) approving Movant's selection of the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Lucas E. Gilmore filed herewith and all exhibits attached thereto, the pleadings

- 1 -

010974-11/1430989 V1

and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Mr. Caluseru as Lead Plaintiff on behalf of all similarly situated KNDI investors; (2) approve Mr. Caluseru's selection of Hagens Berman as Lead Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: February 9, 2021                    Respectfully submitted,

                                           HAGENS BERMAN SOBOL SHAPIRO LLP


                                           By    /s/ Nathaniel A. Tarnor
                                                 NATHANIEL A. TARNOR

                                           322 8th Avenue, Suite 802
                                           New York, NY 10001
                                           Telephone: (212) 752-5455
                                           Facsimile:  (917) 210-3980
                                           nathant@hbsslaw.com

                                           Reed R. Kathrein
                                           Lucas E. Gilmore
                                           Danielle Smith
                                           Wesley A. Wong
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                           715 Hearst Avenue, Suite 202
                                           Berkeley, CA  94710
                                           Telephone: (510) 725-3000
                                           Facsimile:  (510) 725-3001
                                           reed@hbsslaw.com
                                           lucasg@hbsslaw.com
                                           danielles@hbsslaw.com
                                           wesleyw@hbsslaw.com

                                           Steve W. Berman
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                           1301 Second Avenue, Suite 2000
                                           Seattle, WA  98101

- 2 -

- 3 -

Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*
*Mihai Adrian Caluseru*

- 3 -

010974-11/1430989 V1

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Nathaniel A. Tarnor
NATHANIEL A. TARNOR

- 4 -