UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONEL VALDES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING,<br><br>Defendants. | Case No. 2:20-cv-06042-LDH-AYS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF MIHAI ADRIAN CALUSERU FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date of Service: February 9, 2021<br><br><u>CLASS ACTION</u> |

**WHEREAS**, the Court has considered the motion of movant Mihai Adrian Caluseru ("Mr. Caluseru" or "Movant") for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired: (1) Kandi Technologies Group, Inc. securities between March 15, 2019 and November 27, 2020, both dates inclusive (the "Class Period"); (2) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. Class member Mr. Caluseru is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

- 1 -

010974-11/1430995 V1

2.      Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Hagens Berman Sobol Shapiro LLP is approved as Lead Counsel for the Class in the action.

3.      Lead Counsel shall have authority to speak for the Lead Plaintiff in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4.      Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Lead Plaintiff and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by the Lead Plaintiff except through Lead Counsel.

5.      Lead Counsel shall also be available and responsible for communications to and from this Court.

6.      Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Lead Plaintiff, and such agreements shall be binding on Lead Plaintiff.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

DATED: February 9, 2021          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By ___ */s/ Nathaniel A. Tarnor* _____
NATHANIEL A. TARNOR

- 2 -

322 8th Avenue, Suite 802
New York, NY10001
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
Wesley A. Wong
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*
*Mihai Adrian Caluseru*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

- 4 -

010974-11/1430995 V1