UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONEL VALDES, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING,<br><br>        Defendants. | Case No. 2:20-cv-06042-LDH-AYS<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION OF MIHAI ADRIAN CALUSERU FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date of Service: February 9, 2021<br><br>CLASS ACTION |

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for movant Mihai Adrian Caluseru ("Caluseru" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Movant's sworn Certification;

Exhibit B:   Chart of Movant's estimated loss;

Exhibit C:   Movant's Declaration;

Exhibit D:   Notice of pendency of class action published in *PR Newswire*, a national business-oriented wire service, on December 11, 2020; and

Exhibit E:   Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of February 2021.

/s/ Lucas E. Gilmore
LUCAS E. GILMORE

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR