# Exhibit B

**Loss Analysis for Mihai Adrian Caluseru - Kandi Technologies Group, Inc. (KNDI)**
**Class Period 03/15/19 - 11/27/20**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 11/24/20 | 10,000 | $15.0500 | $150,500.00 | | | | | |
| Purchases | 11/25/20 | 2,000 | $13.6500 | $27,300.00 | | | | | |
| | 11/27/20 | 2,000 | $13.9300 | $27,860.00 | | | | | |
| Post Class | | | | | Post Class | *1/22/2021 | 850 | $8.1300 | $6,910.50 |
| Purchases | | | | | Sales | *2/2/2021 | 9,200 | $8.5600 | $78,752.00 |
| | | | | | | | | | |

*The mean trading price of KNDI between 11/30/20 and 1/22/21 was $8.02, and the mean trading price of KNDI shares between 11/30/20 and 2/2/21 was $8.14.*

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 14,000 | Total Amt. Paid in CP | $205,660.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

| | | | |
|---|---|---|---|
| | | Post CP Shares Sold | 10,050 | Post CP Amount Sold | $85,662.50 |
| | | Total Shares Sold to Current | 10,050 | Total Amt. Sold to Current | $85,662.50 | ALTERNATIVE |

Actual Net Shares Acquired in CP    14,000   (CP Retained Shares)

Net Amount Paid  in CP    $205,660.00
Net Amount Paid in CP Minus Sold to Current Date    $119,997.50   ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)    14,000   Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date    3,950   Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $8.23

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $115,200.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $32,502.86   ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    $173,157.14   ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    $90,460.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    $87,494.64   ALTERNATIVE