**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONEL VALDÉS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING,<br><br>Defendants. | Case No.: 2:20-cv-06042-LDH<br><br>Hon. LaShann DeArcy Hall |

**NOTICE OF MOTION OF MANFRED SCHUMACHER, MOHAMMAD FAKIR, AND KASSER AKIL FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Manfred Schumacher, Mohammad Fakir, and Kasser Akil ("Movants") respectfully move this Court for an order: (1) appointing Movants as Lead Plaintiffs pursuant to §21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (2) approving Movants' selection of Bernstein Liebhard LLP and Levi & Korsinsky, LLP as Co-Lead Counsel for the Class.

Movants seek appointment as lead plaintiffs and approval of their choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: February 9, 2021

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Matthew E. Guarnero
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email: lhasson@bernlieb.com
        mguarnero@bernlieb.com

*Co-Lead Counsel for Movants and*
*[Proposed] Lead Counsel for the Class*