**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LEONEL VALDÉS, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

KANDI TECHNOLOGIES GROUP, INC.,
HU XIAOMING, JEHN MING LIM, and
ZHU XIAOYING,

Defendants.

Case No.: 2:20-cv-06042-LDH

Hon. LaShann DeArcy Hall

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MANFRED
SCHUMACHER, MOHAMMAD FAKIR, AND KASSER AKIL'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS
AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Manfred Schumacher, Mohammad Fakir, and Kasser Akil, ("Movants") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as Lead Plaintiffs and approval of their selection of Bernstein Liebhard LLP ("Bernstein Liebhard") and Levi & Korsinsky as Co-Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    PSLRA Certifications signed by Movants attesting to their transactions of Kandi Technologies Group, Inc. ("Kandi" or the "Company") securities;

Exhibit B:    Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Kandi securities;

1

Exhibit C:    Press Release published December 11, 2020, on *PRNewswire,* announcing

the pendency of the securities class action against defendants herein: *Valdés*

*v. Kandi Technologies Group, Inc., et al.,* Case No. 1:20-cv-06042-LDH;

Exhibit D:    Joint Declaration signed by Movants;

Exhibit E:    Firm Résumés of Levi & Korsinsky and Bernstein Liebhard, proposed Co-

Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: February 9, 2021                                    Respectfully Submitted,

                                                           */s/ Shannon L. Hopkins*
                                                           Shannon L. Hopkins

2