# EXHIBIT A

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

MANFRED SCHUMACHER ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed a complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff.  Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.      Plaintiff's transactions in KANDI TECHNOLOGIES GROUP INC. securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Dezember 12, 2020
_____.

DocuSigned by:

*Manfred Schumacher*

27CGEAD5AFC244C...

MANFRED SCHUMACHER

**Attachment A**
MANFRED SCHUMACHER
Transactions in KANDI TECHNOLOGIES
GROUP INC.

## PURCHASE TRANSACTIONS

| DATE | SHARES | PURCHASE PRICE |
|---|---|---|
| 11/24/20 | 3,938 | 15.9000 |
| 11/24/20 | 6,262 | 15.9000 |
| 11/24/20 | 9,800 | 15.9000 |
| 11/24/20 | 677 | 17.0000 |
| 11/24/20 | 88 | 17.0000 |
| 11/24/20 | 1,000 | 17.0000 |
| 11/24/20 | 296 | 17.0000 |
| 11/24/20 | 224 | 17.0000 |
| 11/24/20 | 119 | 17.0000 |
| 11/24/20 | 2,935 | 17.0000 |
| 11/24/20 | 195 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 400 | 17.0000 |
| 11/24/20 | 1,959 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 275 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 100 | 17.0000 |
| 11/24/20 | 32 | 17.0000 |
| 11/24/20 | 10,800 | 17.0000 |
| 11/27/20 | 20,000 | 13.7900 |

## SALES TRANSACTIONS

| DATE | SHARES | SALES PRICE |
|------|--------|-------------|
| 12/01/20 | 5,900 | 8.3050 |
| 12/01/20 | 6,000 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 1,700 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 4,419 | 8.3050 |
| 12/01/20 | 1,700 | 8.3050 |
| 12/01/20 | 1,600 | 8.3050 |
| 12/01/20 | 1,181 | 8.3050 |
| 12/01/20 | 100 | 8.2900 |
| 12/01/20 | 1,300 | 8.3050 |
| 12/01/20 | 1,200 | 8.3050 |
| 12/01/20 | 20,500 | 8.2900 |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Mohammad Fakir , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Woodhaven, New York, U. S. A. and have an Associate's Degree in Electronic Engineering. I am currently employed as an Elevator & Escalator Mechanic for the MTA NYC Transit Authority and have been investing in securities for 3 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Kandi Technologies Group, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this January 21,2021 .

Name: Mohammad Fakir

Signed:

| Case Name | Kandi Technologies Group, Inc. |
| Ticker | KNDI |
| Class Period | 03-15-2019 to 11-27-2020 |

**Client Name**

Mohammad Fakir

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 11-09-2020 | P | 145 | $ 08.2653 |
| 11-13-2020 | P | 1 | $ 07.5200 |
| 11-13-2020 | P | 2 | $ 07.4700 |
| 11-13-2020 | P | 930 | $ 07.4099 |
| 11-13-2020 | P | 1000 | $ 07.5699 |
| 11-16-2020 | P | 342 | $ 08.2900 |
| 11-18-2020 | P | 470 | $ 11.2810 |
| 11-18-2020 | P | 630 | $ 11.2600 |
| 11-18-2020 | P | 1000 | $ 11.1955 |
| 11-18-2020 | P | 1000 | $ 11.2650 |
| 11-19-2020 | P | 1300 | $ 12.6300 |
| 11-19-2020 | S | -1300 | $ 12.8800 |
| 11-20-2020 | P | 1 | $ 12.3457 |
| 11-20-2020 | P | 1 | $ 12.2438 |
| 11-20-2020 | P | 43 | $ 12.2000 |
| 11-20-2020 | P | 85 | $ 11.6812 |
| 11-20-2020 | P | 100 | $ 11.9200 |
| 11-20-2020 | P | 117 | $ 12.3640 |
| 11-20-2020 | P | 284 | $ 11.8900 |
| 11-20-2020 | P | 425 | $ 11.7990 |
| 11-20-2020 | P | 500 | $ 11.8100 |
| 11-20-2020 | P | 500 | $ 11.7900 |
| 11-20-2020 | P | 1412 | $ 11.8200 |
| 11-20-2020 | P | 1878 | $ 11.8000 |
| 11-20-2020 | P | 1994 | $ 11.9100 |
| 11-20-2020 | P | 3197 | $ 11.8100 |
| 11-20-2020 | P | 3906 | $ 11.9050 |
| 11-20-2020 | P | 5900 | $ 12.2400 |
| 11-20-2020 | P | 6000 | $ 11.7874 |
| 11-20-2020 | P | 6088 | $ 11.8153 |
| 11-24-2020 | P | 2 | $ 14.3642 |
| 11-24-2020 | P | 13 | $ 13.8189 |
| 11-24-2020 | P | 14 | $ 14.0780 |

| | | | |
|---|---|---|---|
| 11-24-2020 | P | 61 | $ 14.2600 |
| 11-24-2020 | P | 70 | $ 15.4800 |
| 11-24-2020 | P | 70 | $ 15.3300 |
| 11-24-2020 | P | 400 | $ 15.3300 |
| 11-24-2020 | P | 1500 | $ 15.7473 |
| 11-24-2020 | P | 1900 | $ 14.1938 |
| 11-24-2020 | P | 2000 | $ 14.0000 |
| 11-24-2020 | P | 2500 | $ 16.1718 |
| 11-24-2020 | P | 4000 | $ 13.7799 |
| 11-24-2020 | P | 5000 | $ 16.3900 |

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Kasser Akil , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Parker, Texas, 75002 and have a Bachelor's Degree in Mechanical Engineering . I am currently retired but prior to that, I was employed as a member of the IC with the Department of State and have been investing in securities for 11 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Kandi Technologies Group, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this December 29,2020 .

Name: Kasser Akil

Signed:

| Case Name | Kandi Technologies Group, Inc. |
|---|---|
| Ticker | KNDI |
| Class Period | 03-15-2019 to 11-27-2020 |

| Client Name |
|---|
| Kasser Akil |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 11-27-2020 | P | 10000 | $ 14.64 |
| 11-27-2020 | P | 10000 | $ 14.20 |