# EXHIBIT B

| Client Name | Manfred Schumacher |
|---|---|
| Company Name | Kandi Technologies Group, Inc. |
| Ticker Symbol | KNDI |
| Security Type | |
| Class Period Start | 03-15-2019 |
| Class Period End | 11-27-2020 |
| 90-DAY Lookback Period Start | 11-28-2020 |
| 90-DAY Lookback Period End | 02-08-2021 |
| 90-DAY Lookback Average | $ 08.23 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $383,600.00 |
| DURA LIFO* Total | $383,600.00 |
| Gross Shares Purchased | 60,000.00 |
| Net Shares Retained | 60,000.00 |
| Net Funds Expended | $933,800.00 |

### Manfred Schumacher

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-24-2020 | 3938 | 15.9 | $ 62,614.20 | 12-01-2020 | | 3938 | $ 09.17 | | $ 36,111.46 | 3938 | - | $ 08.23 | | $ 26,502.74 | $ 26,502.74 |
| 11-24-2020 | 6262 | 15.9 | $ 99,565.80 | 12-01-2020 | | 6262 | $ 09.17 | | $ 57,422.54 | 6262 | - | $ 08.23 | | $ 42,143.26 | $ 42,143.26 |
| 11-24-2020 | 9800 | 15.9 | $ 155,820.00 | 12-01-2020 | | 9800 | $ 09.17 | | $ 89,866.00 | 9800 | - | $ 08.23 | | $ 65,954.00 | $ 65,954.00 |
| 11-24-2020 | 177 | 17 | $ 3,009.00 | 12-01-2020 | | 177 | $ 09.17 | | $ 1,623.09 | 177 | - | $ 08.23 | | $ 1,385.91 | $ 1,385.91 |
| 11-24-2020 | 500 | 17 | $ 8,500.00 | 12-01-2020 | | 500 | $ 09.17 | | $ 4,585.00 | 500 | - | $ 08.23 | | $ 3,915.00 | $ 3,915.00 |
| 11-24-2020 | 88 | 17 | $ 1,496.00 | 12-01-2020 | | 88 | $ 09.17 | | $ 806.96 | 88 | - | $ 08.23 | | $ 689.04 | $ 689.04 |
| 11-24-2020 | 65 | 17 | $ 1,105.00 | 12-01-2020 | | 65 | $ 09.17 | | $ 596.05 | 65 | - | $ 08.23 | | $ 508.95 | $ 508.95 |
| 11-24-2020 | 935 | 17 | $ 15,895.00 | 12-01-2020 | | 935 | $ 09.17 | | $ 8,573.95 | 935 | - | $ 08.23 | | $ 7,321.05 | $ 7,321.05 |
| 11-24-2020 | 296 | 17 | $ 5,032.00 | 12-01-2020 | | 296 | $ 09.17 | | $ 2,714.32 | 296 | - | $ 08.23 | | $ 2,317.68 | $ 2,317.68 |
| 11-24-2020 | 224 | 17 | $ 3,808.00 | 12-01-2020 | | 224 | $ 09.17 | | $ 2,054.08 | 224 | - | $ 08.23 | | $ 1,753.92 | $ 1,753.92 |
| 11-24-2020 | 119 | 17 | $ 2,023.00 | 12-01-2020 | | 119 | $ 09.17 | | $ 1,091.23 | 119 | - | $ 08.23 | | $ 931.77 | $ 931.77 |
| 11-24-2020 | 1058 | 17 | $ 17,986.00 | 12-01-2020 | | 1058 | $ 09.17 | | $ 9,701.86 | 1058 | - | $ 08.23 | | $ 8,284.14 | $ 8,284.14 |
| 11-24-2020 | 1181 | 17 | $ 20,077.00 | 12-01-2020 | | 1181 | $ 09.17 | | $ 10,829.77 | 1181 | - | $ 08.23 | | $ 9,247.23 | $ 9,247.23 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 596 | 17 | $ 10,132.00 | 12-01-2020 | | 596 | $ 09.17 | | $ 5,465.32 | 596 | - | $ 08.23 | | $ 4,666.68 | $ 4,666.68 |
| 11-24-2020 | 195 | 17 | $ 3,315.00 | 12-01-2020 | | 195 | $ 09.17 | | $ 1,788.15 | 195 | - | $ 08.23 | | $ 1,526.85 | $ 1,526.85 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 53 | 17 | $ 901.00 | 12-01-2020 | | 53 | $ 09.17 | | $ 486.01 | 53 | - | $ 08.23 | | $ 414.99 | $ 414.99 |
| 11-24-2020 | 47 | 17 | $ 799.00 | 12-01-2020 | | 47 | $ 09.17 | | $ 430.99 | 47 | - | $ 08.23 | | $ 368.01 | $ 368.01 |
| 11-24-2020 | 400 | 17 | $ 6,800.00 | 12-01-2020 | | 400 | $ 09.17 | | $ 3,668.00 | 400 | - | $ 08.23 | | $ 3,132.00 | $ 3,132.00 |
| 11-24-2020 | 712 | 17 | $ 12,104.00 | 12-01-2020 | | 712 | $ 09.17 | | $ 6,529.04 | 712 | - | $ 08.23 | | $ 5,574.96 | $ 5,574.96 |
| 11-24-2020 | 1247 | 17 | $ 21,199.00 | 12-01-2020 | | 1247 | $ 09.17 | | $ 11,434.99 | 1247 | - | $ 08.23 | | $ 9,764.01 | $ 9,764.01 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 275 | 17 | $ 4,675.00 | 12-01-2020 | | 275 | $ 09.17 | | $ 2,521.75 | 275 | - | $ 08.23 | | $ 2,153.25 | $ 2,153.25 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 100 | 17 | $ 1,700.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 783.00 | $ 783.00 |
| 11-24-2020 | 32 | 17 | $ 544.00 | 12-01-2020 | | 32 | $ 09.17 | | $ 293.44 | 32 | - | $ 08.23 | | $ 250.56 | $ 250.56 |
| 11-24-2020 | 1600 | 17 | $ 27,200.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 12,528.00 | $ 12,528.00 |
| 11-24-2020 | 1600 | 17 | $ 27,200.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 12,528.00 | $ 12,528.00 |
| 11-24-2020 | 1600 | 17 | $ 27,200.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 12,528.00 | $ 12,528.00 |
| 11-24-2020 | 1600 | 17 | $ 27,200.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 12,528.00 | $ 12,528.00 |
| 11-24-2020 | 1600 | 17 | $ 27,200.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 12,528.00 | $ 12,528.00 |
| 11-24-2020 | 2800 | 17 | $ 47,600.00 | 12-01-2020 | | 2800 | $ 09.17 | | $ 25,676.00 | 2800 | - | $ 08.23 | | $ 21,924.00 | $ 21,924.00 |
| 11-27-2020 | 5900 | 13.79 | $ 81,361.00 | 12-01-2020 | | 5900 | $ 09.17 | | $ 54,103.00 | 5900 | - | $ 08.23 | | $ 27,258.00 | $ 27,258.00 |
| 11-27-2020 | 6000 | 13.79 | $ 82,740.00 | 12-01-2020 | | 6000 | $ 09.17 | | $ 55,020.00 | 6000 | - | $ 08.23 | | $ 27,720.00 | $ 27,720.00 |
| 11-27-2020 | 1600 | 13.79 | $ 22,064.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 7,392.00 | $ 7,392.00 |
| 11-27-2020 | 1600 | 13.79 | $ 22,064.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 7,392.00 | $ 7,392.00 |
| 11-27-2020 | 1600 | 13.79 | $ 22,064.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 7,392.00 | $ 7,392.00 |
| 11-27-2020 | 1600 | 13.79 | $ 22,064.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 7,392.00 | $ 7,392.00 |
| 11-27-2020 | 1600 | 13.79 | $ 22,064.00 | 12-01-2020 | | 1600 | $ 09.17 | | $ 14,672.00 | 1600 | - | $ 08.23 | | $ 7,392.00 | $ 7,392.00 |
| 11-27-2020 | 100 | 13.79 | $ 1,379.00 | 12-01-2020 | | 100 | $ 09.17 | | $ 917.00 | 100 | - | $ 08.23 | | $ 462.00 | $ 462.00 |
| **Total:** | **60,000.00** | | **$ 933,800.00** | | **60000** | | | | **$550,200** | **60,000.00** | | | | **$ 383,600.00** | **$ 383,600.00** |

| Client Name | Mohammad Fakir |
|---|---|
| Company Name | Kandi Technologies Group, Inc. |
| Ticker Symbol | KNDI |
| Security Type | |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $257,813.98 |
| DURA LIFO* Total | $257,813.98 |

| Class Period Start | 03-15-2019 |
|---|---|
| Class Period End | 11-27-2020 |
| 90-DAY Lookback Period Start | 11-28-2020 |
| 90-DAY Lookback Period End | 02-08-2021 |
| 90-DAY Lookback Average | $ 08.23 |
| Pre Class Period Holdings | 0 |

| Gross Shares Purchased | 56,781.00 |
|---|---|
| Net Shares Retained | 55,481.00 |
| Net Funds Expended | $704,801.12 |

**Mohammad Fakir**

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-09-2020 | 145 | 8.2653 | $ 1,198.47 | | | | | | - | 145 | 145 | $ 08.23 | $ 1,192.79 | $ 05.68 | $ 05.68 |
| 11-13-2020 | 1 | 7.52 | $ 07.52 | | | | | | - | 1 | 1 | $ 08.23 | $ 08.23 | -$ 00.71 | -$ 00.71 |
| 11-13-2020 | 2 | 7.47 | $ 14.94 | | | | | | - | 2 | 2 | $ 08.23 | $ 16.45 | -$ 01.51 | -$ 01.51 |
| 11-13-2020 | 930 | 7.4099 | $ 6,891.21 | | | | | | - | 930 | 930 | $ 08.23 | $ 7,650.29 | -$ 759.09 | -$ 759.09 |
| 11-13-2020 | 1000 | 7.5699 | $ 7,569.90 | | | | | | - | 1000 | 1000 | $ 08.23 | $ 8,226.12 | -$ 656.22 | -$ 656.22 |
| 11-16-2020 | 342 | 8.29 | $ 2,835.18 | | | | | | - | 342 | 342 | $ 08.23 | $ 2,813.33 | $ 21.85 | $ 21.85 |
| 11-18-2020 | 470 | 11.281 | $ 5,302.07 | | | | | | - | 470 | 470 | $ 08.23 | $ 3,866.28 | $ 1,435.79 | $ 1,435.79 |
| 11-18-2020 | 630 | 11.26 | $ 7,093.80 | | | | | | - | 630 | 630 | $ 08.23 | $ 5,182.46 | $ 1,911.34 | $ 1,911.34 |
| 11-18-2020 | 1000 | 11.1955 | $ 11,195.50 | | | | | | - | 1000 | 1000 | $ 08.23 | $ 8,226.12 | $ 2,969.38 | $ 2,969.38 |
| 11-18-2020 | 1000 | 11.265 | $ 11,265.00 | | | | | | - | 1000 | 1000 | $ 08.23 | $ 8,226.12 | $ 3,038.88 | $ 3,038.88 |
| 11-19-2020 | 1300 | 12.63 | $ 16,419.00 | 11-19-2020 | 1300 | | $ 12.88 | $ 16,744.00 | - | - | - | $ 08.23 | | -$ 325.00 | -$ 325.00 |
| 11-20-2020 | 1 | 12.3457 | $ 12.35 | | | | | | - | 1 | 1 | $ 08.23 | $ 08.23 | $ 04.12 | $ 04.12 |
| 11-20-2020 | 1 | 12.2438 | $ 12.24 | | | | | | - | 1 | 1 | $ 08.23 | $ 08.23 | $ 04.02 | $ 04.02 |
| 11-20-2020 | 43 | 12.2 | $ 524.60 | | | | | | - | 43 | 43 | $ 08.23 | $ 353.72 | $ 170.88 | $ 170.88 |
| 11-20-2020 | 85 | 11.6812 | $ 992.90 | | | | | | - | 85 | 85 | $ 08.23 | $ 699.22 | $ 293.68 | $ 293.68 |
| 11-20-2020 | 100 | 11.92 | $ 1,192.00 | | | | | | - | 100 | 100 | $ 08.23 | $ 822.61 | $ 369.39 | $ 369.39 |
| 11-20-2020 | 117 | 12.364 | $ 1,446.59 | | | | | | - | 117 | 117 | $ 08.23 | $ 962.46 | $ 484.13 | $ 484.13 |
| 11-20-2020 | 284 | 11.89 | $ 3,376.76 | | | | | | - | 284 | 284 | $ 08.23 | $ 2,336.22 | $ 1,040.54 | $ 1,040.54 |
| 11-20-2020 | 425 | 11.799 | $ 5,014.58 | | | | | | - | 425 | 425 | $ 08.23 | $ 3,496.10 | $ 1,518.47 | $ 1,518.47 |
| 11-20-2020 | 500 | 11.81 | $ 5,905.00 | | | | | | - | 500 | 500 | $ 08.23 | $ 4,113.06 | $ 1,791.94 | $ 1,791.94 |
| 11-20-2020 | 500 | 11.79 | $ 5,895.00 | | | | | | - | 500 | 500 | $ 08.23 | $ 4,113.06 | $ 1,781.94 | $ 1,781.94 |
| 11-20-2020 | 385 | 11.82 | $ 4,550.70 | 01-06-2021 | | 385 | $ 07.88 | | $ 3,033.80 | 385 | - | $ 08.23 | | $ 1,516.90 | $ 1,516.90 |
| 11-20-2020 | 603 | 11.82 | $ 7,127.46 | 01-06-2021 | | 603 | $ 07.88 | | $ 4,751.64 | 603 | - | $ 08.23 | | $ 2,375.82 | $ 2,375.82 |
| 11-20-2020 | 424 | 11.82 | $ 5,011.68 | | | | | | - | 424 | 424 | $ 08.23 | $ 3,487.88 | $ 1,523.80 | $ 1,523.80 |
| 11-20-2020 | 1878 | 11.8 | $ 22,160.40 | 01-06-2021 | | 1878 | $ 07.88 | | $ 14,798.64 | 1878 | - | $ 08.23 | | $ 7,361.76 | $ 7,361.76 |
| 11-20-2020 | 1994 | 11.91 | $ 23,748.54 | 01-06-2021 | | 1994 | $ 07.88 | | $ 15,712.72 | 1994 | - | $ 08.23 | | $ 8,035.82 | $ 8,035.82 |
| 11-20-2020 | 3197 | 11.81 | $ 37,756.57 | 01-06-2021 | | 3197 | $ 07.88 | | $ 25,192.36 | 3197 | - | $ 08.23 | | $ 12,564.21 | $ 12,564.21 |
| 11-20-2020 | 3906 | 11.905 | $ 46,500.93 | 01-06-2021 | | 3906 | $ 07.88 | | $ 30,779.28 | 3906 | - | $ 08.23 | | $ 15,721.65 | $ 15,721.65 |
| 11-20-2020 | 351 | 12.24 | $ 4,296.24 | 01-05-2021 | | 351 | $ 07.90 | | $ 2,772.90 | 351 | - | $ 08.23 | | $ 1,523.34 | $ 1,523.34 |
| 11-20-2020 | 200 | 12.24 | $ 2,448.00 | 01-05-2021 | | 200 | $ 07.90 | | $ 1,580.00 | 200 | - | $ 08.23 | | $ 868.00 | $ 868.00 |
| 11-20-2020 | 4900 | 12.24 | $ 59,976.00 | 01-06-2021 | | 4900 | $ 07.88 | | $ 38,612.00 | 4900 | - | $ 08.23 | | $ 21,364.00 | $ 21,364.00 |
| 11-20-2020 | 100 | 12.24 | $ 1,224.00 | 01-06-2021 | | 100 | $ 07.88 | | $ 788.00 | 100 | - | $ 08.23 | | $ 436.00 | $ 436.00 |
| 11-20-2020 | 349 | 12.24 | $ 4,271.76 | 01-06-2021 | | 349 | $ 07.88 | | $ 2,750.12 | 349 | - | $ 08.23 | | $ 1,521.64 | $ 1,521.64 |
| 11-20-2020 | 51 | 11.7874 | $ 601.16 | 01-05-2021 | | 51 | $ 07.90 | | $ 402.90 | 51 | - | $ 08.23 | | $ 198.26 | $ 198.26 |
| 11-20-2020 | 2680 | 11.7874 | $ 31,590.23 | 01-05-2021 | | 2680 | $ 07.90 | | $ 21,172.00 | 2680 | - | $ 08.23 | | $ 10,418.23 | $ 10,418.23 |
| 11-20-2020 | 1100 | 11.7874 | $ 12,966.14 | 01-05-2021 | | 1100 | $ 07.90 | | $ 8,690.00 | 1100 | - | $ 08.23 | | $ 4,276.14 | $ 4,276.14 |
| 11-20-2020 | 2169 | 11.7874 | $ 25,566.87 | 01-05-2021 | | 2169 | $ 07.90 | | $ 17,135.10 | 2169 | - | $ 08.23 | | $ 8,431.77 | $ 8,431.77 |
| 11-20-2020 | 2422 | 11.8153 | $ 28,616.66 | 01-04-2021 | | 2422 | $ 07.93 | | $ 19,206.46 | 2422 | - | $ 08.23 | | $ 9,410.20 | $ 9,410.20 |
| 11-20-2020 | 217 | 11.8153 | $ 2,563.92 | 01-04-2021 | | 217 | $ 07.93 | | $ 1,720.81 | 217 | - | $ 08.23 | | $ 843.11 | $ 843.11 |
| 11-20-2020 | 100 | 11.8153 | $ 1,181.53 | 01-05-2021 | | 100 | $ 07.90 | | $ 790.00 | 100 | - | $ 08.23 | | $ 391.53 | $ 391.53 |
| 11-20-2020 | 2400 | 11.8153 | $ 28,356.72 | 01-05-2021 | | 2400 | $ 07.90 | | $ 18,960.00 | 2400 | - | $ 08.23 | | $ 9,396.72 | $ 9,396.72 |
| 11-20-2020 | 200 | 11.8153 | $ 2,363.06 | 01-05-2021 | | 200 | $ 07.90 | | $ 1,580.00 | 200 | - | $ 08.23 | | $ 783.06 | $ 783.06 |
| 11-20-2020 | 400 | 11.8153 | $ 4,726.12 | 01-05-2021 | | 400 | $ 07.90 | | $ 3,160.00 | 400 | - | $ 08.23 | | $ 1,566.12 | $ 1,566.12 |
| 11-20-2020 | 349 | 11.8153 | $ 4,123.54 | 01-05-2021 | | 349 | $ 07.90 | | $ 2,757.10 | 349 | - | $ 08.23 | | $ 1,366.44 | $ 1,366.44 |
| 11-24-2020 | 2 | 14.3642 | $ 28.73 | 01-04-2021 | | 2 | $ 07.93 | | $ 15.86 | 2 | - | $ 08.23 | | $ 12.87 | $ 12.87 |
| 11-24-2020 | 13 | 13.8189 | $ 179.65 | 01-04-2021 | | 13 | $ 07.93 | | $ 103.09 | 13 | - | $ 08.23 | | $ 76.56 | $ 76.56 |
| 11-24-2020 | 14 | 14.078 | $ 197.09 | 01-04-2021 | | 14 | $ 07.93 | | $ 111.02 | 14 | - | $ 08.23 | | $ 86.07 | $ 86.07 |
| 11-24-2020 | 61 | 14.26 | $ 869.86 | 01-04-2021 | | 61 | $ 07.93 | | $ 483.73 | 61 | - | $ 08.23 | | $ 386.13 | $ 386.13 |
| 11-24-2020 | 70 | 15.48 | $ 1,083.60 | 01-04-2021 | | 70 | $ 07.93 | | $ 555.10 | 70 | - | $ 08.23 | | $ 528.50 | $ 528.50 |
| 11-24-2020 | 70 | 15.33 | $ 1,073.10 | 01-04-2021 | | 70 | $ 07.93 | | $ 555.10 | 70 | - | $ 08.23 | | $ 518.00 | $ 518.00 |
| 11-24-2020 | 400 | 15.33 | $ 6,132.00 | 01-04-2021 | | 400 | $ 07.93 | | $ 3,172.00 | 400 | - | $ 08.23 | | $ 2,960.00 | $ 2,960.00 |
| 11-24-2020 | 1500 | 15.7473 | $ 23,620.95 | 01-04-2021 | | 1500 | $ 07.93 | | $ 11,895.00 | 1500 | - | $ 08.23 | | $ 11,725.95 | $ 11,725.95 |
| 11-24-2020 | 1900 | 14.1938 | $ 26,968.22 | 01-04-2021 | | 1900 | $ 07.93 | | $ 15,067.00 | 1900 | - | $ 08.23 | | $ 11,901.22 | $ 11,901.22 |
| 11-24-2020 | 2000 | 14 | $ 28,000.00 | 01-04-2021 | | 2000 | $ 07.93 | | $ 15,860.00 | 2000 | - | $ 08.23 | | $ 12,140.00 | $ 12,140.00 |
| 11-24-2020 | 1169 | 16.1718 | $ 18,904.83 | 01-04-2021 | | 1169 | $ 07.93 | | $ 9,270.17 | 1169 | - | $ 08.23 | | $ 9,634.66 | $ 9,634.66 |
| 11-24-2020 | 1331 | 16.1718 | $ 21,524.67 | 01-04-2021 | | 1331 | $ 07.93 | | $ 10,554.83 | 1331 | - | $ 08.23 | | $ 10,969.84 | $ 10,969.84 |
| 11-24-2020 | 1169 | 13.7799 | $ 16,108.70 | 12-17-2020 | | 1169 | $ 08.40 | | $ 9,819.60 | 1169 | - | $ 08.23 | | $ 6,289.10 | $ 6,289.10 |
| 11-24-2020 | 2000 | 13.7799 | $ 27,559.80 | 12-17-2020 | | 2000 | $ 08.40 | | $ 16,800.00 | 2000 | - | $ 08.23 | | $ 10,759.80 | $ 10,759.80 |
| 11-24-2020 | 831 | 13.7799 | $ 11,451.10 | 01-04-2021 | | 831 | $ 07.93 | | $ 6,589.83 | 831 | - | $ 08.23 | | $ 4,861.27 | $ 4,861.27 |
| 11-24-2020 | 3000 | 16.39 | $ 49,170.00 | 12-08-2020 | | 3000 | $ 09.06 | | $ 27,180.00 | 3000 | - | $ 08.23 | | $ 21,990.00 | $ 21,990.00 |

| 11-24-2020 | 1169 | 16.39 | $ 19,159.91 | 12-17-2020 | | 1169 | $ 08.40 | | $ 9,819.60 | 1169 | - | $ 08.23 | | $ 9,340.31 | $ 9,340.31 |
| 11-24-2020 | 831 | 16.39 | $ 13,620.09 | 12-17-2020 | | 831 | $ 08.40 | | $ 6,980.40 | 831 | - | $ 08.23 | | $ 6,639.69 | $ 6,639.69 |
| **Total:** | **56,781.00** | | **$721,545.12** | | **1,300.00** | **47481** | | **$ 16,744.00** | **$381,178.16** | **55,481.00** | **8,000.00** | | **$ 65,808.98** | **$ 257,813.98** | **$ 257,813.98** |

| | | |
|---|---|---|
| **Client Name** | Kasser Akil | |
| **Company Name** | Kandi Technologies Group, Inc. | |
| **Ticker Symbol** | KNDI | |
| **Security Type** | | |
| **Class Period Start** | 03-15-2019 | |
| **Class Period End** | 11-27-2020 | |
| **90-DAY Lookback Period Start** | 11-28-2020 | |
| **90-DAY Lookback Period End** | 02-08-2021 | |
| **90-DAY Lookback Average** | $ 08.23 | |
| **Pre Class Period Holdings** | 0 | |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $127,900.00 |
| *DURA  LIFO* Total* | $127,900.00 |
| Gross Shares Purchased | 20,000.00 |
| Net Shares Retained | 20,000.00 |
| Net Funds Expended | $288,400.00 |

**Kasser Akil**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 11-27-2020 | 7200 | 14.64 | $ 105,408.00 | 12-31-2020 | | 7200 | $ 08.00 | | $ 57,600.00 | 7200 | - | $ 08.23 | | $ 47,808.00 | $ 47,808.00 |
| 11-27-2020 | 500 | 14.64 | $ 7,320.00 | 12-31-2020 | | 500 | $ 08.00 | | $ 4,000.00 | 500 | - | $ 08.23 | | $ 3,320.00 | $ 3,320.00 |
| 11-27-2020 | 200 | 14.64 | $ 2,928.00 | 12-31-2020 | | 200 | $ 08.00 | | $ 1,600.00 | 200 | - | $ 08.23 | | $ 1,328.00 | $ 1,328.00 |
| 11-27-2020 | 2100 | 14.64 | $ 30,744.00 | 12-31-2020 | | 2100 | $ 08.00 | | $ 16,800.00 | 2100 | - | $ 08.23 | | $ 13,944.00 | $ 13,944.00 |
| 11-27-2020 | 10000 | 14.2 | $ 142,000.00 | 12-30-2020 | | 10000 | $ 08.05 | | $ 80,500.00 | 10000 | - | $ 08.23 | | $ 61,500.00 | $ 61,500.00 |
| **Total:** | **20,000.00** | | **$ 288,400.00** | | | **20000** | | | **$160,500** | **20,000.00** | | | | **$ 127,900.00** | **$ 127,900.00** |

**SCHUMACHER, FAKIR, AND AKIL SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $769,313.98 |
| *DURA  LIFO* Total* | $769,313.98 |
| Gross Shares Purchased | 136,781.00 |
| Net Shares Retained | 135,481.00 |
| Net Funds Expended | $1,927,001.12 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.