# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONEL VALDES, Individually and on Behalf of all Others Similarly Situated,<br><br>                                        Plaintiff,<br>                  v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING,<br>                                        Defendant. | No. 2:20-cv-06042-LDH-AYS<br><br>CLASS ACTION |

**JOINT DECLARATION OF MANFRED SCHUMACHER, MOHAMMAD FAKIR AND KASSER AKIL IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL**

We, Manfred Schumacher, Mohammad Fakir and Kasser Akil (collectively, "Movants") declare as follows:

1.      We respectfully submit this Joint Declaration in support of our Motion for: (i) Appointment as Lead Plaintiffs; and (ii) Approval of Selection of Counsel (the "Joint Declaration").

2.      We understand that Congress passed the Private Securities Litigation Reform Act of 1995 ("PSLRA") to put investors with substantial losses in charge of securities class actions. We have extensively discussed with counsel and further understand the roles and responsibilities of a lead plaintiff under the PSLRA; namely, vigorously litigating this action on behalf of all proposed class members.  It is our goal to obtain a good settlement or verdict on behalf of the class.

3.      We each suffered significant losses in connection with our Kandi Technologies Group Inc., ("Kandi" or the "Company") investments, and are ready, willing, and able to

perform the responsibilities of a lead plaintiff on behalf of the proposed class in the above-captioned action (the "Action"). We have no interests antagonistic to the proposed class, and, if appointed, we will litigate this case assiduously to increase the chances for a successful outcome for the proposed class.

4. I, Manfred Schumacher, as reflected in our Certification, purchased Kandi securities and suffered substantial losses of over $380,000 on my investment as a result of Defendants' violations of the federal securities laws alleged in the Action. I have every motive to recover these losses. My interests are aligned with those of other proposed class members. I currently reside in Germany where I am a medical doctor. I have more than thirty (30) years of investing experience. After due consideration, I decided to seek appointment as Lead Plaintiff with Mohammad Fakir and Kasser Akil  While I believe that appointing myself, Mohammad Fakir, and Kasser Akil as Lead Plaintiffs will be most beneficial to the proposed class, I remain ready, willing, and able to serve as Lead Plaintiffs alone should the Court prefer.

5. I, Mohammad Fakir, as reflected in my Certification, purchased Kandi securities, and suffered substantial losses of over $255,000 on my investments as a result of Defendants' violations of the federal securities laws alleged in the Action. I have every motive to recover these losses and my interests are aligned with those of other proposed class members. I currently reside in Woodhaven, New York and I am employed as an Elevator & Escalator Mechanic for the MTA NYC Transit Authority. I have more than three years of investing experience. After due consideration, I decided to seek appointment as Lead Plaintiff with Manfred Schumacher, and Kasser Akil  While I believe that appointing Manfred Schumacher, Kasser Akil, and I as Lead Plaintiffs will be most beneficial to the proposed class, I remain ready, willing, and able to serve as sole Lead Plaintiff should the Court prefer a single Lead

Plaintiff.

6.     I, Kasser Akil, as reflected in my Certification, purchased Kandi securities, and suffered substantial losses of over $125,000 on my investments as a result of Defendants' violations of the federal securities laws alleged in the Action. I have every motive to recover these losses and my interests are aligned with those of other proposed class members. I currently reside in Parker, Texas and I am currently retired, but prior to that I was a member of the U.S. Intelligence Community for the Dept. of State   I have more than 11 years of investing experience. After due consideration, I decided to seek appointment as Lead Plaintiff with Manfred Schumacher, and Mohammad Fakir  While I believe that appointing Manfred Schumacher, Mohammad Fakir and  I as Lead Plaintiffs will be most beneficial to the proposed class, I remain ready, willing, and able to serve as sole Lead Plaintiff should the Court prefer a single Lead Plaintiff.

7.     We each independently contacted and retained our respective law firms to represent us in the Action. For all three of us, this is our first time seeking appointment as Lead Plaintiff, and, though we were each ready, willing, and able to move for appointment as Lead Plaintiff independently, we were also interested in collaborating with other Kandi investors who suffered large losses in pursuing the claims alleged in the Action. When our counsel informed us about one another, including that we had substantial losses and similar investing experience and sophistication, we each expressed a desire to speak to one another to determine if it made sense for us to jointly move for appointment as Lead Plaintiffs.

8.     To that end, prior to filing the Motion, we communicated with one another and with Matthew Guarnero of Bernstein Liebhard LLP ("Bernstein Liebhard") and Melissa Muller of Levi & Korsinsky LLP ("Levi & Korsinsky"). We discussed, among other things: the facts

3

and the merits of the claims alleged in the Action; the strategy for the prosecution of the Action should we be appointed as Lead Plaintiffs; mechanisms to efficiently and effectively oversee counsel and manage the Action; the losses we each suffered as a result of the alleged fraud; our different backgrounds; and our commitment to and interest in serving as Lead Plaintiffs. We also discussed strategies to stay in communication with one another throughout the course of this litigation. Based on our communications with one another we determined to move jointly as Lead Plaintiffs.

9. We believe the Action here is meritorious, and that the proposed class would benefit from our combined 44 years of experience investing in the securities markets, diverse professional backgrounds, and the oversight that we would bring to the Action.

10. We understand that Lead Plaintiffs have fiduciary duties to all proposed class members, which duties we take seriously. We will fulfill our fiduciary duties and obligations as Lead Plaintiffs by vigorously prosecuting this case on behalf of all proposed class members.

11. If appointed as Lead Plaintiffs, we agree to actively manage the prosecution of the Actions including overseeing our chosen counsel to ensure that the Action is being litigated efficiently and effectively, reviewing documents, having joint calls, discussing significant developments, and participating in discovery. At a minimum, we plan to convene joint calls whenever there are important legal or factual developments in the case. We also agree that either of us can request a joint call, with or without our respective counsel's participation or knowledge, to discuss the case at any time. We have exchanged contact information and can call or email each other at any time. We have also agreed to regularly communicate via email or telephone with each other and/or counsel as needed.

12. We selected Bernstein Liebhard and Levi & Korsinsky to serve as counsel on

4

our behalf because we believe that Bernstein Liebhard and Levi & Korsinsky have the experience and ability to effectively and expeditiously bring the Action to a successful resolution. We are committed to overseeing Bernstein Liebhard and Levi & Korsinsky.

13. In making decisions on behalf of the proposed class, we do not anticipate that any disagreements will arise. However, in the unlikely event that a disagreement arises, we agree to abide by a simple majority vote.

I, Manfred Schumacher, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: Februar 9, 2021 _____ .

DocuSigned by:

*Manfred Schumacher*

276CEAB5AFC2446...

Manfred Schumacher

I, Mohammad Fakir declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed :<u>  February 9, 2021  </u>

DocuSigned by:

_____

0A5D9415497D46E...

Mohammad Fakir

DocuSign Envelope ID: E80EC0A2-CECC-4F68-B214-7F3FD8BE19C5

I, Kasser Akil declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed : February 8, 2021
_____

DocuSigned by:

*kasser akil*

2EC0DC288352453...

Kasser Akil