UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONEL VALDÉS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING,<br><br>Defendants. | Case No.  2:20-cv-06042-LDH-AYS |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE KANDI INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Sanjay Matneja, Hoang Tran, and Leonel Valdés (collectively, the "Kandi Investor Group"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in support of the Kandi Investor Group's motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| Exhibit A: | Chart reflecting the financial interest of the Kandi Investor Group in the above-captioned action; |
|---|---|
| Exhibit B: | Press release published over *PRNewswire* on December 11, 2020, announcing the pendency of the above-captioned action; |
| Exhibit C: | Shareholder Certifications executed by the members of the Kandi Investor Group; |
| Exhibit D: | Joint Declaration executed by the members of the Kandi Investor Group; and; |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 9, 2021, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1