# EXHIBIT A

**Kandi Technologies Group, Inc. (KNDI)**
**Class Period: March 15, 2019 to November 27, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 71-Day* Mean Price $8.2023 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Matneja, Sanjay** | **11/24/2020** | **15,000** | **$14.7000** | **($220,500)** | | | | | **15,000** | **$123,034** | **($97,466)** |
| Tran, Hoang | 11/17/2020 | 3,000 | $10.2000 | ($30,600) | 11/17/2020 | (3,000) | $10.2100 | $30,630 | | | |
| Tran, Hoang | 11/20/2020 | 2,500 | $11.7600 | ($29,400) | 11/20/2020 | (2,500) | $11.7700 | $29,425 | | | |
| Tran, Hoang | 11/27/2020 | 4,000 | $14.5600 | ($58,240) | 11/27/2020 | (4,000) | $14.6000 | $58,400 | | | |
| Tran, Hoang | 11/27/2020 | 4,000 | $14.5000 | ($58,000) | 11/30/2020** | (12,500) | $9.7600 | $122,000 | | | |
| Tran, Hoang | 11/27/2020 | 4,000 | $14.2800 | ($57,120) | | | | | | | |
| Tran, Hoang | 11/27/2020 | 2,000 | $14.2600 | ($28,520) | | | | | | | |
| Tran, Hoang | 11/27/2020 | 2,000 | $14.1600 | ($28,320) | | | | | | | |
| Tran, Hoang | 11/27/2020 | 500 | $13.9700 | ($6,985) | | | | | | | |
| **Tran, Hoang** | | **22,000** | | **($297,185)** | | **(22,000)** | | **$240,455** | **22,000** | | **($56,730)** |
| **Valdés, Leonel** | **11/25/2020** | **8,604** | **$13.6000** | **($117,014)** | **12/1/2020**** | **(8,604)** | **$9.1650** | **$78,856** | **8,604** | | **($38,159)** |
| Summary | | | | | | | | | | | |
| Matneja, Sanjay | | 15,000 | | ($220,500) | | 0 | | $0 | 15,000 | | ($97,466) |
| Tran, Hoang | | 22,000 | | ($297,185) | | (22,000) | | $240,455 | 22,000 | | ($56,730) |
| Valdés, Leonel | | 8,604 | | ($117,014) | | (8,604) | | $78,856 | 8,604 | | ($38,159) |
| **Total** | | **45,604** | | **($634,699)** | | **(30,604)** | | **$319,311** | **45,604** | | **($192,354)** |

*Average Closing Prices from November 30, 2020 to February 8, 2021

**Sales were valued at the average closing prices beginning on the first day after the end of the class period to the sale date