UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

LEONEL VALDÉS, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

      vs.

KANDI TECHNOLOGIES GROUP, INC.,
HU XIAOMING, JEHN MING LIM and ZHU
XIAOYING,

                    Defendants.

———————————————————————— x

: Civil Action No. 2:20-cv-06042-LDH-AYS

: CLASS ACTION

: NOTICE OF MOTION FOR
: APPOINTMENT AS LEAD PLAINTIFF
: AND APPROVAL OF LEAD PLAINTIFF'S
: SELECTION OF LEAD COUNSEL

4845-8045-8971.v1

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Kin Hang Tsoy will respectfully move this Court, pursuant to the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), before the Honorable LaShann DeArcy Hall at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, for entry of an order appointing Mr. Tsoy as Lead Plaintiff and approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, Mr. Tsoy submits the accompanying Memorandum of Law, the Declaration of Samuel H. Rudman, and a [Proposed] Order.

DATED:  February 9, 2021             ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD


                                            _s/ Samuel H. Rudman_
                                            SAMUEL H. RUDMAN

---

[1]    Counsel for Mr. Tsoy is aware of this Court's requirement that motion-related papers are not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  *See* 15 U.S.C. §78u-4(a)(3)(A).  The notice in this case was published on December 11, 2020, and all motions are statutorily due by February 9, 2021.  Accordingly, to comply with the PSLRA, counsel respectfully requests waiver of compliance with Your Honor's requirement in this narrow instance.  In addition, because of the PSLRA's procedure whereby any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" may file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), counsel for Mr. Tsoy will not know which other class members, if any, will seek appointment as lead plaintiff until after motions are filed on February 9, 2021.  Consequently, counsel for Mr. Tsoy respectfully requests that the conferral requirement also be waived.

4845-8045-8971.v1

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 9, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail: srudman@rgrdlaw.com

4845-8045-8971.v1

Case 2:20-cv-06042-LDH-AYS   Document 21   Filed 02/09/21   Page 5 of 5 PageID #: 503

# Mailing Information for a Case 2:20-cv-06042-LDH-AYS Valdes v. Kandi Technologies Group, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **J. Alexander Hood**
  ahood@pomlaw.com,tcrockett@pomlaw.com,abarbosa@pomlaw.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,files@zlk.com,shalliday@zlk.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Nathaniel A. Tarnor**
  NathanT@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)