UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

LEONEL VALDÉS, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

     vs.

KANDI TECHNOLOGIES GROUP, INC.,
HU XIAOMING, JEHN MING LIM and ZHU
XIAOYING,

                Defendants.

———————————————————— x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 2:20-cv-06042-LDH-AYS

CLASS ACTION

[PROPOSED] ORDER GRANTING
MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL

4843-0730-4667.v1

Having considered Kin Hang Tsoy's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED.

2.      The file in Case No. 2:20-cv-06042-LDH-AYS shall be the master file for the action. All securities class actions on behalf of purchasers or acquirers of Kandi Technologies Group, Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.  This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.      Kin Hang Tsoy is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.      Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: _____    _____
                                        THE HONORABLE LaSHANN DeARCY HALL
                                        UNITED STATES DISTRICT JUDGE

- 1 -

4843-0730-4667.v1