# EXHIBIT D

Case 2:20-cv-06042-LDH-AYS   Document 23-4   Filed 02/09/21   Page 1 of 4 PageID #: 532

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| LEONEL VALDÉS, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 2:20-cv-06042-LDH-AYS |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | DECLARATION OF KIN HANG TSOY |
| | : | |
| vs. | : | |
| | : | |
| KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM and ZHU XIAOYING, | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

4822-1910-7546.v1

I, KIN HANG TSOY, declare as follows:

1. This declaration is made in support of my motion for appointment as lead plaintiff and approval of selection of lead counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I reside in Markham, Ontario, Canada.

3. I am a financial advisor at a major financial institution in Canada and have 8 years of experience investing in the capital markets.

4. I attended Wilfred Laurier University in Ontario, Canada, where I obtained an undergraduate degree in economics and finance.

5. I suffered substantial losses as a result of my personal transactions in Kandi Technologies Group, Inc. securities during the Class Period. As a result, I am motivated to seek to obtain the best possible result for myself and the class.

6. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

7. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

8. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as

- 1 -

4822-1910-7546.v1

lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

9. I am aware that I have the right to select counsel as part of the lead plaintiff process. Prior to my selection of Robbins Geller Rudman & Dowd LLP, I assessed the firm's qualifications and discussed the lead plaintiff's role and responsibility with Robbins Geller attorneys via telephone and e-mail correspondence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___ day of February, 2021, at Markham, Ontario, Canada.

Feb 3, 2021
KIN HANG TSOY

- 2 -

4822-1910-7546.v1