**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONEL VALDÉS, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MIN GLIM, and ZHU XIAOYING,<br><br>                              Defendants. | Case No. 2:20-cv-06042-LDH-AYS |

**DR. RAMI E. GEFFNER'S NOTICE OF MOTION**
**FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of Timothy J. MacFall, the exhibits attached thereto, and all prior pleadings in this action, Dr. Rami E. Geffner ("Dr. Geffner") at a date and time convenient to the Court, in Courtroom 4H North, United States District Court, 225 Cadman Plaza East, Brooklyn, New York, will move for entry of an Order (a copy of which is annexed hereto as Ex. A): (i) appointing Dr. Geffner as Lead Plaintiff in the above-captioned action (the "Action"), pursuant to the Private Securities Reform Act of 1995, as amended, 15 U.S.C. § 78u-4(a)(3)(B)(i); (ii) approving Dr. Geffner's selection of Rigrodsky Law, P.A. as Lead Counsel in the Action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v); and (iii) granting such other and further relief as the Court may deem just and proper.

Dated:  February 9, 2021

Respectfully submitted,

**RIGRODSKY LAW, P.A.**

*/s/ Timothy J. MacFall*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Phone:  516-683-3516
Email: sdr@rl-legal.com
        tjm@rl-legal.com
        gms@rl-legal.com
        vl@rl-legal.com

***Attorneys for Movant Dr. Rami E. Geffner***

2