# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONEL VALDÉS, Individually and On Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>     v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MIN GLIM, and ZHU XIAOYING,<br><br>                 Defendants. | Case No. 2:20-cv-06042-LDH-AYS |

**[PROPOSED] ORDER APOINTING LEAD PLAINTIFF AND LEAD COUNSEL**

This Court having considered the motion of Dr. Rami E. Geffner for appointment as Lead Plaintiff and appointment of Rigrodsky Law, P.A. as Lead Counsel, and upon good cause shown, IT IS HEREBY ORDERED THAT:

1.     Class member Dr. Rami E. Geffner is hereby appointed Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

2.     Lead Plaintiff's selection of Rigrodsky Law, P.A. as Lead Counsel for the Class pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v) is approved.

**IT IS SO ORDERED:**

Dated: _____, 2021

_____
HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE