UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALE H. OCHAKOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>QIWI PLC, BORIS KIM, SERGEY SOLONIN, ALEXANDER KARAVAEV, and VARVARA KISELEVA,<br><br>Defendants. | Case No. 1:20-cv-06054-RPK-CLP<br><br>Oral Argument Requested<br><br>CLASS ACTION<br><br>Honorable Rachel P. Kovner |
| NICHOLAS PETRUZZI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIWI PLC, BORIS KIM, SERGEY SOLONIN, ALEXANDER KARAVAEV, and VARVARA KISELEVA,<br><br>Defendants. | Case No. 2:21-cv-00021-RPK-CLP |

**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF MOSET INTERNATONAL COMPANY LIMITED AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, or by some other means chosen by the Court, in Courtroom 4E-N of the U.S. District Court, 225 Cadman Plaza East, Brooklyn, NY 11201 before the Honorable Rachel P. Kovner, or any Judge sitting in her stead, movant Moset International Company Limited ("Movant") will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-

4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and Federal Rule Civil Procedure ("Rule") 42(a) for an Order: (1) consolidating the above-captioned related securities class actions; (2) appointing Movant as Lead Plaintiff on behalf of a Class consisting of all persons and entities who purchased or otherwise acquired the securities of Qiwi plc from March 28, 2019 through December 9, 2020, both dates inclusive; and (3) approving Movant's selection of Roche Cyrulnik Freedman LLP ("RCF") as Lead Counsel for the Class.

This Motion is based on this Notice of Motion, the Memorandum of Law in Support Thereof, the Declaration of Constantine P. Economides filed herewith, and all exhibits attached thereto, and such other written and oral arguments as may be permitted by the Court.

This Motion is made on the grounds that Movant has timely filed its motion pursuant to the PSLRA and is believed to be the investor with the largest financial interest in the outcome of the litigation. Moreover, Movant meets the requirements of the PSLRA and Rule 23 in that its claims are typical of the claims of the class, and it will fairly and adequately represent the interests of the class. Further, Movant's choice of counsel should be accepted by this Court because RCF is a firm with extensive experience and expertise in securities fraud and other class actions.

For all of the foregoing reasons, Movant respectfully requests that this Court: (1) consolidate the above-captioned related actions; (2) appoint Movant to serve as Lead Plaintiff; (3) approve Movant's selection of RCF as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED: February 9, 2021                  Respectfully Submitted,

                                         **ROCHE CYRULNIK FREEDMAN LLP**

                                         */s/ Constantine P. Economides*
                                         Constantine P. Economides
                                         Velvel (Devin) Freedman (*pro hac forthcoming*)
                                         Ivy T. Ngo (*pro hac forthcoming*)

200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Email: ceconomides@rcfllp.com
Email: vel@rcfllp.com
Email: ingo@rcfllp.com

*Counsel for Lead Plaintiff Movant Moset International Company Limited and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac forthcoming*)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant Moset International Company Limited*

3

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 9, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Constantine P. Economides
Constantine P. Economides

4