UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONEL VALDÉS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING,<br><br>Defendants. | Case No. 2:20-cv-06042-LDH-AYS<br><br>CLASS ACTION<br><br>Oral Argument Requested<br><br>Honorable LaShann DeArcy Hall |

**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF MAZEN ALTUBUH AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, or by some other means chosen by the Court, in Courtroom 4H North of the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 before the Honorable LaShann DeArcy Hall, or any Judge sitting in his stead, movant Mazen Altubuh ("Movant") will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order: (1) appointing the Movant as Lead Plaintiff on behalf of all persons and entities who purchased or otherwise acquired Kandi Technologies Group, Inc. securities between March 15, 2019 and November 27, 2020, both dates inclusive; and (2) approving Movant's selection of Roche Cyrulnik Freedman LLP ("RCF") as Lead Counsel for the putative Class.

This Motion is based on this Notice of Motion, the Memorandum of Law in Support

Thereof, the Declaration of Constantine P. Economides filed herewith, and all exhibits attached thereto, and such other written and oral arguments as may be permitted by the Court.

This Motion is made on the grounds that Movant has timely filed his motion pursuant to the PSLRA and is believed to be the investor with the largest financial interest in the outcome of the ligitation. Moreover, Movant meets the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the Class, and he will fairly and adequately represent the interests of the Class. Further, Movant's choice of counsel should be approved by this Court because RCF is a firm with extensive experience and expertise in securities fraud and other class actions.

For all of the foregoing reasons, Movant respectfully requests that this Court: (1) appoint Movant to sever as Lead Plaintiff; (2) approve Movant's selection of Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: February 9, 2021                     Respectfully Submitted,

**ROCHE CYRULNIK FREEDMAN LLP**

*/s/ Constantine P. Economides*

Constantine P. Economides
Velvel (Devin) Freedman (*pro hac forthcoming*)
Ivy T. Ngo (*pro hac forthcoming*)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Email: ceconomides@rcfllp.com
Email: vel@rcfllp.com
Email: ingo@rcfllp.com

*Counsel for Lead Plaintiff Movant Mazen Altubuh and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac forthcoming*)
1880 Century Park East, Suite 404
Los Angeles, CA 90067

Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant*
*Mazen Altubuh*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 9, 2021 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Constantine P. Economides
Constantine P. Economides