**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONEL VALDÉS, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 2:20-cv-06042-LDH-AYS |
| v. | |
| KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MIN GLIM, and ZHU XIAOYING, | |
| Defendants. | |

## DECLARATION OF TIMOTHY J. MACFALL

1.      I am a member of the law firm of Rigrodsky Law, P.A., counsel for movant Dr. Rami E. Geffner ("Dr. Geffner") in the above-captioned action (the "Action"). I respectfully submit this declaration in support of Dr. Geffner's Motion for Appointment of Lead Plaintiff and Lead Counsel in the Action.

2.      Attached hereto as Exhibit A is a true and correct copy of the December 11, 2020 press release announcing the filing of the Action in this Court, and notifying shareholders who purchased the securities of Kandi Technologies Group, Inc. between March 15, 2019 and November 27, 2020 that they had until February 9, 2021 to move to be appointed as lead plaintiff in the Action.

3.      Attached hereto as Exhibit B is a true and correct copy of Dr. Geffner's Certification pursuant to the Federal Securities Laws, subscribed under the penalty of perjury.

4.      Attached hereto as Exhibit C are true and correct copies of the loss charts for Dr. Geffner and NJ Certified Dermatology PC, a professional services corporation owned and operated by Dr. Geffner.

5.      Attached hereto as Exhibit D is a true and correct copy of the Certificate of Incorporation for NJ Certified Dermatology PC.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of Rigrodsky Law, P.A.

I hereby declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: February 9, 2021

*/s/ Timothy J. MacFall*
Timothy J. MacFall