# EXHIBIT B

## CERTIFICATION OF MOVANT
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Rami E. Geffner ("Movant"), individually and on behalf of NJ Certified Dermatology PC, a professional services corporation, hereby declare as to the following claims asserted under the federal securities laws that:

1.   Movant has reviewed the complaint filed in this action.

2.   Movant did not acquire the security that is the subject of this action at the direction of Movant's counsel or to participate in this action or any other litigation under the federal securities laws.

3.   Movant is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition or trial, if necessary.

4.   Movant has made the following transaction(s) during the Class Period in Kandi Technologies Group, Inc. ("Kandi" or the "Company") (NASDAQ: KNDI) securities that are the subject of this action:

| Shares Acquired | Shares Purchased /Sold | Transaction Date | Price Per Share |
|---|---|---|---|
| 20,000 | Purchased | 11/20/20 | 11.8858 |
| 20,000 | Purchased | 11/24/20 | 16.1511 |
| 20,000 | Sold | 01/09/21 | 9.6483 |
| 20,000 | Sold | 01/29/21 | 7.79 |

5.   Movant will actively monitor and vigorously pursue this action for the Class' benefit.

6.   Movant has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws during the three years prior to the date of this Certification.

7.      Movant will not accept any payment for serving as a representative party on behalf of the Class beyond Movant's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) or other award directly relating to the representation of the Class as the Court orders or approves.

I declare under the penalty of perjury that the foregoing is true and correct.

2/5/2021

Executed this ____ day of February, 2020.

DocuSigned by:

*Rami Geffner*

56B88EE014FF4C8...

Rami E. Geffner, Individually and on behalf of NJ Certified Dermatology PC

2