# EXHIBIT C

Case 2:20-cv-06042-LDH-AYS   Document 29-3   Filed 02/09/21   Page 1 of 3 PageID #: 590

**KANDI TECHNOLOGIES GROUP, INC. – DR. RAMI S. GEFFNER (ROLLOVER IRA)**
**ESTIMATED FIFO LOSSES[1] FOR CLASS PERIOD MARCH 15, 2019 AND NOVEMBER 27, 2020 (INCLUSIVE)**

| Date | Shares Purchased | Share Price | Total Purchase Price | | Date | Shares Sold | Share Price | Total Sales Proceeds | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/20 | 2,000 | $11.89 | $23,780.00 | | 1/29/21 | 2,000 | $9.6697 | $19,339.33 | ($4,440.67) |
| 11/20/20 | 269 | $11.90 | $3,201.10 | | 1/29/21 | 269 | $9.6387 | $2,593.07 | ($608.03) |
| 11/20/20 | 2,800 | $11.86 | $33,208.00 | | 1/29/21 | 2,800 | $9.6297 | $26,963.07 | ($6,244.93) |
| 11/20/20 | 1,287 | $11.90 | $15,315.30 | | 1/29/21 | 1,287 | $9.6297 | $12,393.38 | ($2,921.92) |
| 11/20/20 | 300 | $11.86 | $3,558.00 | | 1/29/21 | 300 | $9.6446 | $2,893.39 | ($664.61) |
| 11/20/20 | 1,344 | $11.87 | $15,953.28 | | 1/29/21 | 1,344 | $9.6397 | $12,955.71 | ($2,997.57) |
| 11/20/20 | 4,300 | $11.90 | $1,170.00 | | 1/29/21 | 4,300 | $9.6597 | $41,536.57 | ($9,633.43) |
| 11/20/20 | 300 | $11.89 | $3,567.00 | | 1/29/21 | 300 | $9.6796 | $2,903.89 | ($663.11) |
| 11/20/20 | 3,600 | $11.88 | $42,768.00 | | 1/29/21 | 3,600 | $9.6397 | $34,702.80 | ($8,065.20) |
| 11/20/20 | 3,000 | $11.90 | $35,700.00 | | 1/29/21 | 3,000 | $9.6497 | $28,949.00 | ($6,751.00) |
| 11/20/20 | 500 | $11.87 | $5,935.00 | | 1/29/21 | 500 | $9.6697 | $4,834.83 | ($1,100.17) |
| 11/20/20 | 300 | $11.87 | $3,561.00 | | 1/29/21 | 300 | $9.6497 | $2,894.92 | ($666.08) |

**Total Loss     ($44,756.72)**

---

[1] FIFO and LIFO losses are the same because all purchases occurred on 11/20/20 and all sales occurred on 1/29/21.

**KANDI TECHNOLOGIES GROUP, INC. – NJ CERTIFIED DERMATOLOGY PC**
**ESTIMATED FIFO LOSSES[1] FOR CLASS PERIOD MARCH 15, 2019 AND NOVEMBER 27, 2020 (INCLUSIVE)**

| Date | Shares Purchased | Share Price | Total Purchase Price | | Date | Shares Sold | Share Price | Total Sales Proceeds | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 11/24/20 | 2,600 | $16.08 | $41,808.00 | | 1/7/21 | 2,600 | $7.7897 | $20,253.24 | ($21,554.76) |
| 11/24/20 | 2,163 | $16.19 | $35,018.97 | | 1/7/21 | 2,163 | $7.7897 | $16,849.14 | ($18,169.83) |
| 11/24/20 | 200 | $16.17 | $3,234.00 | | 1/7/21 | 200 | $7.7897 | $1,557.94 | ($1,676.06) |
| 11/24/20 | 917 | $16.14 | $14,800.38 | | 1/7/21 | 917 | $7.7897 | $7,143.16 | ($7,657.22) |
| 11/24/20 | 100 | $16.13 | $1,613.00 | | 1/7/21 | 100 | $7.7897 | $778.97 | ($834.03) |
| 11/24/20 | 5,600 | $16.11 | $90,216.00 | | 1/7/21 | 5,600 | $7.7897 | $43,622.37 | ($45,593.63) |
| 11/24/20 | 720 | $16.10 | $11,592.00 | | 1/7/21 | 720 | $7.7897 | $5,608.59 | ($5,983.41) |
| 11/24/20 | 7,700 | $16.20 | $124,740.00 | | 1/7/21 | 7,700 | $7.7897 | $59,980.76 | ($64,759.24) |

**Total Loss    ($167,228.18)**

---

[1] FIFO and LIFO losses are the same because all purchases occurred on 11/24/20 and all sales occurred on 1/7/21.