# EXHIBIT D

## NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF INC, (PROFESSIONAL SERVICE)

### NJ CERTIFIED DERMATOLOGY PC
### 0450040414

The above-named DOMESTIC PROFESSIONAL CORPORATION was duly filed in accordance with New Jersey State Law on 12/31/2015 and was assigned identification number 0450040414. Following are the articles that constitute its original certificate.

1. **Name:**
   NJ CERTIFIED DERMATOLOGY PC

2. **Registered Agent:**
   DAVID A. WOLLMAN

3. **Registered Office:**
   200 HADDONFIELD-BERLIN ROAD
   SUITE 102
   GIBBSBORO, NEW JERSEY 08026

4. **Business Purpose:**
   TO OWN AND OPERATE A MEDICAL PRACTICE AND ALL OTHER ACTIVITIES ASSOCIATED  THERETO OR PERMITTED BY LAW

5. **Duration:**
   PERPETUAL

6. **Effective Date of this Filing Is:**
   12/31/2015

7. **Stock:**
   1000

8. **First Board of Directors:**
   RAMI GEFFNER
   1326 VINCENZO DRIVE
   TOMS RIVER, NEW JERSEY 08753

9. **Incorporators:**
   RAMI GEFFNER
   1326 VINCENZO DRIVE
   TOMS RIVER, NEW JERSEY 08753

10. **Main Business Address:**
    1326 VINCENZO DRIVE
    TOMS RIVER, NEW JERSEY 08753

**Signatures:**
RAMI GEFFNER
INCORPORATOR

## NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF INC, (PROFESSIONAL SERVICE)

### NJ CERTIFIED DERMATOLOGY PC
### 0450040414



*IN TESTIMONY WHEREOF, I have*
*hereunto set my hand and*
*affixed my Official Seal*
*31st day of December, 2015*

*Ford M. Scudder*
*Acting State Treasurer*

*Certificate Number : 4008082415*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_CERT.jsp*

Page 2 of 2

Case 2:20-cv-06042-LDH-AYS    Document 29-4    Filed 02/09/21    Page 4 of 6 PageID #: 596



## EIN Assistant

| Your Progress: | 1. Identity | 2. Authenticate | 3. Addresses | 4. Details | 5. EIN Confirmation |
|---|---|---|---|---|---|

**Congratulations! The EIN has been successfully assigned.**

EIN Assigned:    REDACTED

Legal Name:    **NJ CERTIFIED DERMATOLOGY PC**

The confirmation letter will be mailed to the applicant. This letter will be the applicant's official IRS notice and will contain important information regarding the EIN. Allow up to 4 weeks for the letter to arrive by mail.

**We strongly recommend you print this page for your records.**

Click "Continue" to get additional Information about using the new EIN.

Continue >>

**Help Topics**

Can the EIN be used be the confirmation letter is received?



## EIN Assistant

| Your Progress: | 1. Identity | 2. Authenticate | 3. Addresses | 4. Details | 5. EIN Confirmation |

### Summary of your information

Please review the information you are about to submit. If any of the information below is incorrect, you will need to start a new application.

Click the "Submit" button at the bottom of the page to receive your EIN.

### Help Topics

❓ What is Form 1128?

❓ What is Form 8716?

## Organization Type: Personal Service Corporation

### Personal Service Corporation Information

| | |
|---|---|
| Legal name: | **NJ CERTIFIED DERMATOLOGY PC** |
| Trade name/Doing business as: | **CERTIFIED DERMATOLOGY** |
| County: | **OCEAN** |
| State/Territory: | **NJ** |
| Date Corporation started or acquired: | **JANUARY 2016** |
| Closing month of accounting year: | **DECEMBER** (The closing month of the accounting year is defaulted to December due to your organization type. To change your closing month of accounting year, complete Form 1128 / Form 8716.) |
| State/Territory where articles of organization are (or will be) filed: | **NJ** |

### Addresses

| | |
|---|---|
| Physical Location: | **1326 VINCENZO DR**<br>**TOMS RIVER NJ 08753** |
| Phone Number: | **848-480-3680** |
| Mail directed to: | **RAMI GEFFNER** |
| TPD Name: | **DAVID A WOLLMAN** |
| TPD Address: | **200 HADDONFIELD BERLIN RD STE 102**<br>**GIBBSBORO NJ 08026** |
| TPD Phone Number: | **856-566-1400** |

### Responsible Party

| | |
|---|---|
| Name: | **RAMI GEFFNER** |
| SSN/ITIN: | **XXX-XX-3235** |

### Employee Information

| | |
|---|---|
| Date wages or annuities will be paid: | **JANUARY 2016** |
| Number of agricultural employees: | **0** |
| Number of other employees: | **10** |
| Tax Liability of $1000 or less during calendar year: | **NO** |

Case 2:20-cv-06042-LDH-AYS    Document 29-4    Filed 02/09/21    Page 6 of 6 PageID #: 598

## Principal Business Activity

What your business/organization does:    **HEALTH CARE**
Principal products/services:    **MEDICAL DOCTOR**

---

## Additional Personal Service Corporation Information

Owns a 55,000 pounds or greater
highway motor vehicle:    **NO**

Involves gambling/wagering:    **NO**

Involves alcohol, tobacco or firearms:    **NO**

Files Form 720 (Quarterly
Federal Excise Tax Return):    **NO**

Has employees who receive Forms W-2:    **YES**

Reason for Applying:    **STARTED A NEW BUSINESS**

---

**We strongly recommend you print this summary page for your records as this will be your only copy of the application. You will not be able to return to this page after you click the "Submit" button.**

**Click "Submit" to send your request and receive your EIN.**    Submit    Once you submit, please wait while your application is being processed. It can take up to two minutes for your application to be processed.