UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONEL VALDÉS, Individually and On Behalf of All Others Similarly Situated,<br><br>                                          Plaintiff,<br>             v.<br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, and ZHU XIAOYING,<br><br>                                          Defendants. | Case No. 2:20-cv-06042-LDH-AYS<br><br>CLASS ACTION<br><br>Honorable LaShann DeArcy Hall |

**DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF MOTION FOR APPOINTMENT OF MAZEN ALTUBUH AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Constantine P. Economides, hereby declare as follows:

1.      I am Counsel with Roche Cyrulnik Freedman LLP ("RCF"), counsel on behalf of Mazen Altubuh ("Movant"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Movant's motion for appointment as Lead Plaintiff for the Class, and approval of his selection of RCF as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:     Shareholder Certification executed by Movant;

Exhibit B:     Loss chart of Movant;

Exhibit C:     Declaration of Movant;

Exhibit D:     Firm resume of RCF; and

Exhibit E:     Press release published over *PR Newswire*, announcing the pendency of the above-captioned action.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2021, at Miami, Florida.

*/s/ Constantine P. Economides*
Constantine P. Economides
