# EXHIBIT B

Kandi Technologies Group Inc.
Class Period: March 15, 2019 to November 27, 2020
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Date Purchased | Shares Purchased | Price | Amount | Date Sold | Shares Sold | Shares Retained | Price | Amount | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Altubuh, Mazen | 11/24/2020 | 5,000 | $ 14.50000 | $ (72,500.00) | 11/25/2020 | 5,000 | | $ 15.050 | $ 75,250.00 | |
| | 11/25/2020 | 2,000 | $ 13.45000 | $ (26,900.00) | 11/25/2020 | 4,000 | | $ 13.550 | $ 54,200.00 | |
| | 11/25/2020 | 2,000 | $ 14.40000 | $ (28,800.00) | | | | | | |
| | 11/25/2020 | 2,000 | $ 14.30000 | $ (28,600.00) | | | | | | |
| | 11/25/2020 | 2,000 | $ 13.20000 | $ (26,400.00) | | | | | | |
| | 11/25/2020 | 5,000 | $ 14.73000 | $ (73,650.00) | | | | | | |
| | 11/25/2020 | 2,000 | $ 14.55000 | $ (29,100.00) | | | | | | |
| | 11/27/2020 | 3,000 | $ 14.10000 | $ (42,300.00) | | | | | | |
| | 11/27/2020 | 2,000 | $ 14.04500 | $ (28,090.00) | | | | | | |
| | 11/27/2020 | 2,000 | $ 13.90000 | $ (27,800.00) | | | | | | |
| | 11/27/2020 | 1,000 | $ 13.59560 | $ (13,595.60) | | | | | | |
| | 11/27/2020 | 4,000 | $ 14.40000 | $ (57,600.00) | | | | | | |
| | | | | | | | 23,000 | $8.31 | $ 191,195.71 | |
| | | 32,000 | | $ (455,335.60) | | 9,000 | 23,000 | | | $ (134,690) |