**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONEL VALDÉS, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MIN GLIM, and ZHU XIAOYING,<br><br>       Defendants. | Case No. 2:20-cv-06042-LDH-AYS<br><br>DR. RAMI E. GEFFNER'S NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

On February 9, 2021, Dr. Rami E. Geffner timely filed a motion for appointment as lead plaintiff and approval of selection of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, as amended (the "PSLRA"). *See* ECF No. 24.  Competing motions were filed by other members of the putative class on that same day. *See* ECF Nos. 7, 9, 12, 15, 18, 21, 28.

The statutory presumption of the PSLRA is that the "most adequate plaintiff" to represent the interests of the putative class is the person or group that, *inter alia,* has "the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). Upon review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Dr. Geffner does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA.

Should the Court determine that the lead plaintiff movants with larger financial interests in the relief sought in this litigation are incapable or inadequate to represent the putative class,

Dr. Geffner is willing and able to serve as lead plaintiff or as a class representative.  Dr. Geffner expressly reserves his rights to fully participate as a class member in this litigation and in any recovery achieved on behalf of the putative class.

Dated:  February 23, 2021

Respectfully submitted,

**RIGRODSKY LAW, P.A.**

/s/ Timothy J. MacFall
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent D. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel. No. (516) 683-3516
Fax:     (302) 654-7530
Email:   sdr@rl-legal.com
         tjm@rl-legal.com
         gms@rl-legal.com
         vdl@rl-legal.com

*Attorneys for Movant*
*Dr. Rami E. Geffner*

2