UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONEL VALDES, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, JEHN MING LIM, MEI BING, and ZHU XIAOYING,<br><br>Defendants. | Case No. 2:20-cv-06042-LDH-AYS |

## DEFENDANTS' RESPONSE TO
## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Kandi Technologies Group, Inc., Xiaoming Hu, Jehn Ming Lim, Bing Mei, and Xiaoying Zhu (collectively, the "Defendants") provide this short response to the Notice of Supplemental Authority (the "Notice") [Dkt. No. 70] submitted by Plaintiffs Kasser Akil, Manfred Schumacher, and Mohammad Fakir.

The Notice, which cites to the decision granting in part and denying in part the motion to dismiss filed in *Venkataraman v. Kandi Technologies Group, Inc. et al.*, No. 20-cv-8082 (LGS), 2022 WL 4225562, at *7 (S.D.N.Y. Sept. 13, 2022), omits that Defendant Mei was dismissed from that action and, notably, concedes that *Venkataraman* involves "different alleged misstatements during a different class period than this case." [Dkt. No. 70.]

Defendants appreciate the Court's consideration of this matter.


Dated: September 21, 2022    Respectfully submitted,
   New York, New York

           **TARTER KRINSKY & DROGIN LLP**

           _____
            Richard J.L. Lomuscio
            Jonathan E. Temchin
          1350 Broadway
          New York, New York 10018
          Telephone: (212) 216-8000
          Facsimile: (212) 216-8001
          Email: rlomuscio@tarterkrinsky.com
          Email: jtemchin@tarterkrinsky.com