UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LEONEL VALDES, individually and on behalf of
all others similarly situated,

        Plaintiffs,                          JUDGMENT
                                               20-CV-6042(LDH)(AYS)

     V.

KANDI TECHNOLOGIES GROUP, INC., HU
XIAOMING, JEHN MING KIM, MEI BING,
And ZHU XIAOYING,

        Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 29, 2024, granting Defendants' motion to dismiss the Amended Complaint for failure to state a claim; it is

       ORDERED and ADJUDGED that the Defendants' motion to dismiss the Amended Complaint is granted; Judgment is entered in favor of Defendants; and this case is closed.

Dated: Brooklyn, NY                                       s/*Brenna B. Mahoney*
       March 30, 2024                                  Brenna B. Mahoney
                                                             Clerk of Court